**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
IN THE MATTER OF AN APPLICATION TO BRNG
ELECTRONIC DEVICE(S) OR GENERAL PURPOSE
COMPUTING DEVICE(S) INTO THE COURTHOUSES
OF THE SOUTHERN DISCTRICT OF NEW YORK
FOR USE IN A PROCEEDING OR TRIAL
-------------------------------------------------------------------X

The following Order is subject to the definitions, obligations and restrictions imposed pursuant to Standing Order M10-468, as Revised. Upon submission of written application to this Court, it is hereby

ORDERED that the following attorneys, are representatives for the Plaintiff, and are authorized to bring the Personal Electronic Device(s) and/or the General Purpose Computing Device(s) (collectively, "Devices") listed below into the Courthouse for use in a proceeding or trial in this action caption: *Duarte v. St. Barnabas Hospital*; Docket No. 15 Civ. 6824 (PGG). The date for which such authorization is provided be extended for the duration of the trial in this matter, which is scheduled to end January 26, 2018.

| **Attorneys** | **Devices** |
|---|---|
| 1. Gabrielle Vinci, Esq. | Mobile Smartphone and Laptop |
| 2. Bennitta Joseph, Esq. | Mobile Smartphone, Laptop, Ipad Tablet |
| 3. Megan Goddard, Esq. | Mobile Smartphone and Laptop |
| 4. Bruce Gitlin, Esq. | Mobile Smartphone and Laptop |

The attorneys identified in this Order must present a copy of this Order when entering the Courthouse. Bringing any authorized Device(s) into the Courthouse or its Environs constitutes a certification by the attorney that he or she will comply in all respects with the restrictions and obligation set forth in Standing Order M10-468, as Revised.

SO ORDERED:

Dated: _____

_____
United States District Judge Paul G. Gardephe