UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RUTH DUARTE,

                    Plaintiff,

         - against -

ST. BARNABAS HOSPITAL,

                    Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/30/18_

**ORDER**

15 Civ. 6824 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

As set forth on the record in open court on January 25, 2018, Plaintiff's hostile

work environment claims under Title VII of the Civil Rights Act of 1964 ("Title VII"), 42 U.S.C.

§ 2000e et seq., the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12101 et seq.; and the

New York State Human Rights Law ("NYSHRL"), N.Y. Exec. Law § 290 et seq., are dismissed.

Furthermore, Plaintiff's claim under the New York City Human Rights Law, N.Y.C. Admin.

Code § 8-101 et seq., is dismissed, to the extent it is based on Plaintiff's national origin.

Dated: New York, New York
       January 2**9**, 2018

                              SO ORDERED.

                              _Paul G. Gardephe_

                              Paul G. Gardephe
                              United States District Judge