```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/30/18
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RUTH ROJAS DUARTE,

        Plaintiff,

- against -

ST. BARNABAS HOSPITAL,

        Defendant.

**ORDER**

15 Civ. 6824 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

    It is hereby ORDERED that the following schedule shall apply to Defendant's post-trial motions:

1. Defendant's post-trial motions will be submitted by **February 26, 2018**;

2. Plaintiff's opposition papers will be submitted by **March 26, 2018**;

3. Defendant's reply, if any, will be submitted by **April 9, 2018**.

Dated: New York, New York
       January 29, 2018

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge