```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/30/18
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
Ruth Duarte,

                Plaintiff,

      -against-

St. Barnabas Hospital,

               Defendant.
-----------------------------------------------------------X

15 CIVIL 6824 (PGG)

**JUDGMENT**

      That after a Jury Trial before the Honorable Paul G. Gardephe, United States District Judge, It is hereby **ORDERED, ADJUDGED AND DECREED:** That the plaintiff Ruth Duarte have judgment in the sum of $624,000.00 for Compensatory damages and $750,000.00 for Punitive damages for a total sum of $1,374,000.00 as against the defendant St. Barnabas Hospital.

DATED: New York, New York
           January 30, 2018

So Ordered:

_____
U.S.D.J.

RUBY J. KRAJICK
Clerk of Court

BY: _____
Deputy Clerk