Epstein Becker & Green, P.C.
250 Park Avenue
New York, New York 10177
212-351-4500
*Attorneys for Defendant*
*St. Barnabas Hospital*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| RUTH DUARTE, | **ECF** |
| Plaintiffs, | Case No: |
| – against – | 15-CV- 6824 (PGG) |
| ST. BARNABAS HOSPITAL, | |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## NOTICE OF MOTION TO STAY ENFORCEMENT OF THE JUDGMENT

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law In Support Of Its Motion to Stay Enforcement of the Judgment, the posting of an appropriate supersedeas bond securing the Judgment, and upon all prior pleadings and proceedings in this action, Defendant St. Barnabas Hospital, by its attorneys Epstein Becker & Green, P.C., moves this Court before The Honorable Paul G. Gardephe, United States District Judge, at the United States Courthouse, 40 Foley Square, New York, NY, for an Order granting a stay of enforcement of the Judgment entered in this case on January 30, 2018 pending resolution of Defendant's post-trial motions.

Firm:45352818

Dated: New York, New York
February 9, 2018

      EPSTEIN BECKER & GREEN, P.C.

      By:    s/ *David W. Garland*
            David W. Garland
            John F. Fullerton III
            Adriana Kosovych
      250 Park Avenue
      New York, New York  10177-1211
      Tel: (212) 351-4500
      *Attorneys for Defendant*
      *St. Barnabas Hospital*

To:

Megan Goddard (by ECF)
Gabrielle Vinci (BY ECF)
Bennitta Joseph (by ECF)
Bruce Gitlin (by ECF)
*Attorneys for Plaintiff*

Firm:45352818