

Bond No. __800036099__

# SUPERSEDEAS BOND

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/12/2018
```

**United States District Court**
**Southern District of New York**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Ruth Rojas Duarte**

                      **Plaintiff,**         **Index No. 15-CV-6824 (PGG)**

- Against -

**St. Barnabas Hospital**

                      **Defendant.**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**WHEREAS, Defendant,** will be making an application for a stay, pending post-trial motions for relief to the United States District Court, Southern District of New York, from the judgment entered on January 30, 2018 in the office of the Clerk of the above-named Court, against the said Defendant, and in favor of the Plaintiff in the amount of One Million Three Hundred Seventy-Four ($1,374,000) Dollars.

**NOW, THEREFORE, the Atlantic Specialty Insurance Company** having an office and principal place of business for the State of New York, at **77 Water Street, 17th Floor, New York, N.Y., 10005,** does hereby undertake in the sum of One Million Five Hundred Twenty Five Thousand One Hundred Forty ($1,525,140) Dollars, that if the above-named Defendant shall satisfy the judgment herein in full together with cost, interest and damages for delay, if for any reason the stay is denied or if the judgment is affirmed, and shall satisfy in full such modification of the judgment and such costs, interest, and damages as the Court may adjudge and award, then this obligation shall be void, otherwise the same shall be and remain in full force and virtue. However in no event shall the aggregate penal sum of this bond exceed One Million Five Hundred Twenty Five, One Hundred Forty Thousand ($1,525,140).

**DATED: New York, February 8, 2018**

APPROVED 2/12/2018

RUBY J. KRAJICK
CLERK OF COURT

BY: _____
Deputy Clerk

**St. Barnabas Hospital**

By: _____
Mary Grochowski, CFO

Atlantic Specialty Insurance Company

By: _____

Joshua Sanford, Attorney-in-Fact

_____

Case 1:15-cv-06824-PGG   Document 150   Filed 02/12/18   Page 2 of 5

ACKNOWLEDGEMENT OF SURETY

STATE OF **Connecticut**
COUNTY OF **Hartford**

On this **8th** day of **February, 2018**, before me personally came **Joshua Sanford,** to me known, who, by me duly sworn, did depose and say that he/she is the attorney-in-fact of the **Atlantic Specialty Insurance Company** that he/she knows the seal of the corporation; that the seal affixed to the said instrument is such company seal; that it was so affixed by order of the Board of Directors of said company and that he/she signed his/her name thereto by like order.

Notary Public, Danielle D. Johnson

**DANIELLE D. JOHNSON**
*NOTARY PUBLIC - CT 175556*
MY COMMISSION EXPIRES JAN. 31, 20??



# Power of Attorney

KNOW ALL MEN BY THESE PRESENTS, that ATLANTIC SPECIALTY INSURANCE COMPANY, a New York corporation with its principal office in Plymouth, Minnesota, does hereby constitute and appoint: **Michelle Anne McMahon, Brian Peters, Stacy Rivera, Donna M Planeta, Joshua Sanford, Aimee R Perondine, Aiza Lopez, Keri Ann Smith, Danielle D Johnson, Stephani A Trudeau**, each individually if there be more than one named, its true and lawful Attorney-in-Fact, to make, execute, seal and deliver, for and on its behalf as surety, any and all bonds, recognizances, contracts of indemnity, and all other writings obligatory in the nature thereof; provided that no bond or undertaking executed under this authority shall exceed in amount the sum of: **sixty million dollars ($60,000,000)** and the execution of such bonds, recognizances, contracts of indemnity, and all other writings obligatory in the nature thereof in pursuance of these presents, shall be as binding upon said Company as if they had been fully signed by an authorized officer of the Company and sealed with the Company seal. This Power of Attorney is made and executed by authority of the following resolutions adopted by the Board of Directors of ATLANTIC SPECIALTY INSURANCE COMPANY on the twenty-fifth day of September, 2012:

> Resolved: That the President, any Senior Vice President or Vice-President (each an "Authorized Officer") may execute for and in behalf of the Company any and all bonds, recognizances, contracts of indemnity, and all other writings obligatory in the nature thereof, and affix the seal of the Company thereto; and that the Authorized Officer may appoint and authorize an Attorney-in-Fact to execute on behalf of the Company any and all such instruments and to affix the Company seal thereto; and that the Authorized Officer may at any time remove any such Attorney-in-Fact and revoke all power and authority given to any such Attorney-in-Fact.

> Resolved: That the Attorney-in-Fact may be given full power and authority to execute for and in the name and on behalf of the Company any and all bonds, recognizances, contracts of indemnity, and all other writings obligatory in the nature thereof, and any such instrument executed by any such Attorney-in-Fact shall be as binding upon the Company as if signed and sealed by an Authorized Officer and, further, the Attorney-in-Fact is hereby authorized to verify any affidavit required to be attached to bonds, recognizances, contracts of indemnity, and all other writings obligatory in the nature thereof.

This power of attorney is signed and sealed by facsimile under the authority of the following Resolution adopted by the Board of Directors of ATLANTIC SPECIALTY INSURANCE COMPANY on the twenty-fifth day of September, 2012:

> Resolved: That the signature of an Authorized Officer, the signature of the Secretary or the Assistant Secretary, and the Company seal may be affixed by facsimile to any power of attorney or to any certificate relating thereto appointing an Attorney-in-Fact for purposes only of executing and sealing any bond, undertaking, recognizance or other written obligation in the nature thereof, and any such signature and seal where so used, being hereby adopted by the Company as the original signature of such officer and the original seal of the Company, to be valid and binding upon the Company with the same force and effect as though manually affixed.

IN WITNESS WHEREOF, ATLANTIC SPECIALTY INSURANCE COMPANY has caused these presents to be signed by an Authorized Officer and the seal of the Company to be affixed this eighth day of December, 2014.

By _____
Paul J. Brehm, Senior Vice President

STATE OF MINNESOTA
HENNEPIN COUNTY

On this eighth day of December, 2014, before me personally came Paul J. Brehm, Senior Vice President of ATLANTIC SPECIALTY INSURANCE COMPANY, to me personally known to be the individual and officer described in and who executed the preceding instrument, and he acknowledged the execution of the same, and being by me duly sworn, that he is the said officer of the Company aforesaid, and that the seal affixed to the preceding instrument is the seal of said Company and that the said seal and the signature as such officer was duly affixed and subscribed to the said instrument by the authority and at the direction of the Company.



TARA JANELLE STAFFORD
NOTARY PUBLIC - MINNESOTA
My Commission Expires
January 31, 2020

Notary Public

I, the undersigned, Assistant Secretary of ATLANTIC SPECIALTY INSURANCE COMPANY, a New York Corporation, do hereby certify that the foregoing power of attorney is in full force and has not been revoked, and the resolutions set forth above are now in force.
Signed and sealed. Dated **8th** day of **February, 2018**.

This Power of Attorney expires
October 1, 2019

James G. Jordan, Assistant Secretary



## Atlantic Specialty Insurance Company
Period Ended 12/31/2016

*Dollars displayed in thousands*

| Admitted Assets | | Liabilities and Surplus | |
|---|---:|---|---:|
| Investments: | | Liabilities | |
| Bonds | $ 1,332,181 | Loss Reserves | $ 658,022 |
| Preferred Stocks | 13,975 | Loss Adjustment Expense Reserves | 173,522 |
| Common Stocks | 373,372 | **Total Loss & LAE Reserves** | 831,544 |
| Mortgage Loans | - | | |
| Real Estate | - | Unearned Premium Reserve | 530,869 |
| Contract Loans | - | Total Reinsurance Liabilities | 33,880 |
| Derivatives | - | Commissions, Other Expenses, and Taxes due | 42,891 |
| Cash, Cash Equivalents & Short Term Investments | 76,102 | Derivatives | - |
| Other Investments | 65,638 | Payable to Parent, Subs or Affiliates | 6,587 |
| **Total Cash & Investments** | 1,861,268 | All Other Liabilities | 162,017 |
| Premiums and Considerations Due | 227,219 | **Total Liabilities** | 1,607,807 |
| Reinsurance Recoverable | 22,429 | | |
| Receivable from Parent, Subsidiary or Affiliates | - | **Capital and Surplus** | |
| All Other Admitted Assets | 121,739 | Common Capital Stock | 9,000 |
| | | Preferred Capital Stock | - |
| **Total Admitted Assets** | 2,232,655 | Surplus Notes | - |
| | | Unassigned Surplus | 83,301 |
| | | Other Including Gross Contributed | 532,547 |
| | | **Capital & Surplus** | 624,848 |
| | | **Total Liabilities and C&S** | 2,232,655 |

State of Minnesota
County of Hennepin

I, Christopher Jerry, Secretary of Atlantic Specialty Insurance Company do hereby certify that the foregoing statement is a correct exhibit of the assets and liabilities of the said OneBeacon Insurance Company, on the 31st day of December, 2016, according to the best of my information, knowledge and belief.

_____
Secretary

Subscribed and sworn to, before me, a Notary Public of the State of Minnesota on this 7th day of March 2017.

_____
Notary Public



TARA JANELLE STAFFORD
NOTARY PUBLIC - MINNESOTA
My Commission Expires
January 31, 2020