

| | | |
|---|---|---|
| Ira S. Nesenoff | Barbara H. Trapasso | Philip A. Byler |
| Andrew T. Miltenberg | Ariya M. Waxman | *Senior Litigation Counsel* |
| | Tara J. Davis | Megan S. Goddard |
| Stuart Bernstein | Diana R. Warshow | *Counsel* |
| | Gabrielle M. Vinci | Rebecca C. Nunberg |
| | Jeffrey S. Berkowitz | *Counsel* |
| | Kara L. Gorycki | Marybeth Sydor |
| | | *Title IX Consultant* |

ATTORNEYS AT LAW
nmllplaw.com

February 13, 2018

**VIA ELECTRONIC FILING**
The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square, Courtroom 705
New York, New York 10007
Fax: (212) 805-7986

    Re:    **Ruth Rojas Duarte v. St. Barnabas Hospital (Civil Action No.: 15-cv-6824)**

Dear Your Honor:

    The undersigned is counsel to plaintiff Ruth Rojas Duarte ("Plaintiff") in the above referenced matter. We write to advise the Court that Plaintiff does **not** oppose Defendant's Motion to Stay Enforcement of the Judgment.

    Counsel remains available should Your Honor have any questions or concerns. Thank you.

    Respectfully submitted,

    **NESENOFF & MILTENBERG LLP**

    By: */S/ Gabrielle M. Vinci*
        **Gabrielle M. Vinci, Esq.**

cc: All Counsel (VIA ECF)

NEW YORK | 363 Seventh Avenue | Fifth Floor | New York, NY 10001 | T: 212.736.4500 | F: 212.736.2260
BOSTON | 129 Newbury Street | Suite 400 | Boston, MA 02116 | T: 617.209.2188 |