AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
для the
Southern District of New York

| | |
|---|---|
| RUTH DUARTE ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 15 CIV 6824 (PGG) |
| ST. BARNABAS HOSPITAL ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

plaintiff, Ruth Duarte.

Date:   03/21/2018

*Attorney's signature*

Stephen Bergstein - 6810
*Printed name and bar number*
Bergstein & Ullrich LLP
5 Paradies Lane
New Paltz, New York  12561

*Address*

steve@tbulaw.com
*E-mail address*

(845) 469-1277
*Telephone number*

(845) 469-5904
*FAX number*