UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------X
RUTH DUARTE,

        Plaintiff,

-vs-                                           15 Civ. 6824 (PGG)

ST. BARNABAS HOSPITAL,

        Defendant.
----------------------------------------------------X

## BERGSTEIN AFFIRMATION IN OPPOSITION
## TO DEFENDANT'S MOTION FOR A NEW TRIAL

STEPHEN BERGSTEIN, having been duly sworn, deposes and states:

1. Along with Megan Goddard, Gabrielle Vinci and Bruce Gitlin, I am co-counsel to Plaintiff in this action. I have been brought into the case to assist in handling the post-trial motions.

2. Annexed as Exhibit 1 is a copy of the trial transcript in this matter.

3. Annexed as Exhibit 2 is PX 7.

4. Annexed as Exhibit 3 is PX 12.

5. Annexed as Exhibit 4 is PX 13.

6. Annexed as Exhibit 5 is PX 14.

7. Annexed as Exhibit 6 is PX 15.

8. Annexed as Exhibit 7 is PX 23.

Dated:    March 26, 2018

                                                        _/s/ Stephen Bergstein_
                                                        STEPHEN BERGSTEIN