# EXHIBIT 2

CONFIDENTIAL



# ST. BARNABAS HOSPITAL
## ST. BARNABAS REHABILITATION AND CONTINUING CARE CENTER

## BRONX, NEW YORK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

# *EMPLOYEE HANDBOOK*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

*v. 1-1-2013*


PLAINTIFF'S
EXHIBIT
PX - 7

SBH000874

CONFIDENTIAL

## YOUR EMPLOYEE HANDBOOK

This Employee handbook is designed as a helpful guide for you to use as you become acquainted with your tasks and responsibilities as an employee of St. Barnabas. It is not an employment contract and it does not create or define any rights associated with your employment. It should help you understand the goals and expectations of the Facility as they may be defined from time to time.

We have attempted to furnish you with information in an "easy-to-read" form in order to help you understand the policies and practices that guide St. Barnabas, your obligations as an employee, and the benefits and services available to you.

This revised Employee Handbook and the policies it contains supersedes all previous St. Barnabas personnel handbooks and policies. We reserve the right to modify, alter or discontinue without notice any policies, described here.

Naturally, we do not expect this handbook to provide an answer to all of your questions. It is always a good idea to discuss any questions you may have with your Supervisor or Department Head. You may also contact Human Resources, at any time, for additional assistance.

## ST. BARNABAS
### PERSONNEL PHILOSOPHY

St. Barnabas' personnel policies are designed to promote the mutual understanding, respect and cooperation which are so necessary to the success of the Institution. Every member of the St. Barnabas management team is dedicated to carrying out these principles which are intended to foster excellent medical care and encourage better Employee relations.

## D.R.I.V.E. TO PATIENT CENTERED EXCELLENCE

*Vision Statement*: To be the hospital of choice in the Bronx, with superior service and innovative programs that meet the diverse needs of the community.

*Core Values*:

Diversity     Respect     Integrity     Vision     Excellence

*Mission Statement*: St. Barnabas is committed to improving the health of our community and is dedicated to providing compassionate, comprehensive and innovative health care in a safe environment where the patient always comes first. All individuals will be provided complete, open and timely access to the highest quality of care, regardless of their ability to pay.

SBH000875

CONFIDENTIAL

## STARTING YOUR JOB

This is a list of things that are important for you to do or know as an employee of St. Barnabas. Please look it over to see if you have followed the necessary procedures and received this information. It can save you a lot of time and inconvenience in the future.

Have I signed up for all my benefits?
Have I filled out the necessary tax forms?
Do I understand the terms of my probationary period?
Do I know when my performance will be evaluated?
Do I know the standards that I will be evaluated against?
Have I attended the St. Barnabas Orientation Program?
Have I received my photo identification badge?
Have I met the others who work in my department, and do I understand their responsibilities?
Have I met my "buddy"?
Do I know how my department functions in respect to the rest of St. Barnabas?
Have I read my job description/performance evaluation?
Has my supervisor explained my responsibilities?

Do I know how the following are handled in my department?

- work schedule
- time tracking for payroll
- hours
- overtime
- meal periods
- breaks
- payday
- paid time off (accruals)
- attendance
- use of internet/intranet(Wiki)
- punctuality
- notifying the supervisor in case of absence
- dress code
- smoking (non-smoking facility)
- supplies
- telephone system
- personal telephone calls
- parking

Do I know the safety and security procedures in my department?

- for fire?
- for an internal disaster?
- for an external disaster?

## ORIENTATION

In addition to the training and orientation you will receive in your own department, you will be scheduled to attend the St. Barnabas New Hire Orientation Program. This program has been established to help all new employees make satisfactory adjustments to their new work situations. It will be given in several stages. It will include information with regard to the history and purpose of the Institution, its organizational policies for employees, and may include a tour of the facilities. The Department of Human Resources will contact you and your Supervisor with the date of your orientation.

SBH000876

CONFIDENTIAL

## EMPLOYMENT POLICIES
### HIRING POLICY

The Department of Human Resources is the center of all personnel activities, and is responsible for screening and coordinating the selection of qualified applicants based on the following:

1. An application form completed by the applicant in the Department of Human Resources.
2. A screening interview in the Department of Human Resources.
3. Appropriate pre-employment testing.
4. Verification of references.
5. An interview with the Department Head or Supervisor.
6. A pre-employment physical examination as required by law.

Determination of eligibility for employment will be at the discretion of Department Heads and Supervisors with employment process to be completed in the Department of Human Resources.

St. Barnabas is an Equal Opportunity Employer.

We are always happy to investigate the qualifications of anyone interested in employment. It is the Facility's policy to recruit applicants and make hiring decisions without regard to race, color, religion, sex, national origin, age, disability, marital status, sexual orientation, military status, citizenship status or any other characteristic protected by applicable law.

### LICENSE

In positions where a license or registration is required, an applicant must show proof of current license or registration before being eligible for employment.

Upon hire, an employee must submit to the Department of Human Resources copies of all applicable licenses/certifications required for the job. These licenses/certifications will be verified on the appropriate web site (if applicable).

It is the responsibility of each employee to maintain a current license and regularly submit copies of new registrations to the Department Head. Any employee who fails to maintain a current license may be terminated or suspended without prior notice.

It is the responsibility of each Department Head to insure that the Facility always has a current license or registration on file for employees whose positions require it, and to forward a copy of each renewal to the Department of Human Resources.

4

SBH000877

CONFIDENTIAL

## WORKING AT ST. BARNABAS
### PROBATIONARY PERIOD

All newly hired employees are considered "probationary" for the equivalent of three to six months from their date of employment depending on job classification. During this period either the employee may terminate his/her position without explanation or further obligation, or St. Barnabas may dismiss the employee without explanation or further obligation. This is a trial period for both employee and employer to determine suitability and interest in the work and to provide the opportunity for an adjustment period. Based on the Supervisor's evaluation, the probationary period may be extended for a reasonable period of time.

### CATEGORIES OF EMPLOYMENT

Regularly Scheduled Employees:

- Full-Time
  Full-time employees are those who are hired to work a regular schedule of at least 35 hours per week.

- Part-Time
  Part-time employees are those who are hired to work a regular schedule of less than thirty-five (35) hours per week.

Temporary Employees:

Employees who are hired for specific period of time for particular project or assignment are considered temporary.

- Full-Time
  These employees are hired for a stated period of time to work a regular schedule of at least thirty-five (35) hours per week.

- Part-Time
  These employees are hired for a stated period of time to work a schedule of less than thirty-five (35) hours per week.

Per Diem:

These are employees who may be requested to work on a day by day basis, as needed, and do not have any established schedule of working hours.

5

SBH000878

CONFIDENTIAL

## HOURS OF WORK

The basic workday is 7 or 7 ½ hours, exclusive of mealtime, and the basic work week is 35 or 37 ½ hours.  The Facility reserves the right to change the starting time of any work shift.

## REST PERIODS

Non-Management employees receive two fifteen minute rest periods during each full workday as assigned by the Supervisor, subject to the needs of the department. Employees are required to request permission from their Supervisor when they desire to leave for their rest period and must notify their Supervisor when they return.  Employees are not permitted to leave the premises during their rest periods.

## TIME RECORDS

All employees are required to record their daily hours worked electronically through the ADP E-Time system.  You should ask your Supervisor or Department Head to determine where the clock or device is located for your area.  Employees shall not swipe in more than a few minutes before their regular shift begins or swipe out more than a few minutes after their shift ends.

## OVERTIME

The Facility discourages overtime work out of consideration for the needs of employees to have sufficient relief and rest.  Because of the around-the-clock nature of the facility, it may occasionally be necessary for employees to work some overtime.  Employees who are eligible for overtime under the Fair Labor Standards Act will be paid one and half times their regular rate for time worked in excess of their normal full-time work-week.

Overtime must be requested and authorized by the appropriate Department Head and Administration.  Employees will be expected to work the hours assigned and should not report for work more than fifteen (15) minutes before the time assigned and will be expected to leave their work area no later than fifteen (15) minutes after the completion of their work shift.  Five (5) minutes or less worked before or after an employee's regular shift shall not be counted for overtime purposes.

Employees will be required to work overtime where patient care is of primary concern.

## PHOTO IDENTIFICATION BADGES

Upon hiring each employee will be issued a photo identification badge showing the employee's name, job title and department.  It is imperative that you go to the Security Department to activate access control to the various buildings and units within the institution.  Badges are to be worn at all times while on the grounds to ensure proper identification.  Employees are expected to identify themselves upon request.  If your

6

SBH000879

CONFIDENTIAL

identification badge is lost or stolen, or if you have a permanent change in your scheduled hours of work or job title, report it to Security and then to Human Resources and request a replacement. A charge may be made for the replacement of a lost card.

### ATTENDANCE

Because of the urgent nature of facility work, regular attendance by all employees is very important. If an employee is unable to report for work as assigned, he/she must notify the Supervisor or Department Head immediately. Such notice must be given at least one (1) hour before the start of the scheduled shift. Registered Nurses are required to call in at least two (2) hours before their scheduled shift. Failure to call on time may lead to disciplinary action, unless adequately explained. FREQUENT ABSENCE OR TARDINESS MAY RESULT IN TERMINATION OF EMPLOYMENT. Employees reporting sick may be required to provide a doctor's note as proof of their illness.

### REPORTING LATE OR LEAVING EARLY

Employees must be sure to check with their Supervisors when they report late for work or find it necessary to leave early. Common courtesy requires a word of explanation for tardiness. Frequent tardiness will be regarded as sufficient cause for appropriate disciplinary action. Responsibility for controlling tardiness rests with Supervisors. Employee's pay may be docked for tardiness and/or early departures.

### PAYCHECK/PAY RECORD

Paychecks are distributed bi-weekly. Pay periods begin on Sunday, 12:00 a.m. and end two (2) weeks later at midnight on Saturday. Payday is the following Thursday.

Because there are many factors involved in computing your paycheck, five (5) days are required to prepare the checks for distribution after the completion of the pay period. Your Supervisor will notify you when and where you may pick up your check. Checks will not be released to anyone other than the employee for whom they are intended, unless written authorization is received.

If you have any questions about the way in which your pay has been calculated, refer the matter to your Supervisor, who will contact the Payroll Department. If any error has been made, it will be corrected on the next paycheck.

### PAYROLL DEDUCTIONS

Only deductions required by law or authorized in writing by employees will be withheld from paychecks.

Required by law:
1. Federal Social Security Tax (FICA).

7

SBH000880

CONFIDENTIAL

2. Federal, State and City income tax on income earned at the Facility.
3. Assessments by the Federal Government for amounts owed to the government by the employee or spouse.
4. Garnishment.

May be authorized by employees:
1. United States Savings Bonds.
2. United Way.
3. Municipal Credit Union.
4. Supplemental Life Insurance.
5. Tax Deferred Annuities (403(b)).
6. Flexible Spending
7. Other deductions as authorized.

## JOB DESCRIPTIONS

As a guide to help you better understand your position's responsibilities, your department and the Department of Human Resources, maintain a library of job descriptions for all positions in the Institution. Job descriptions are not employment contracts, and they may be periodically changed by Supervisors, who will inform you of such changes. You may discuss your job description with your Supervisor at any time, should you have any questions about your specific duties or areas of responsibility. From time to time you may also be asked to assist your Supervisor in updating your job description as your duties change.

If you would like a copy of your job description, you may request one through your Supervisor.

Each employee is expected to perform his/her job to the best of their ability. Changes in the tasks, procedures or methods of performing the work may not be made by the employee without the approval of the Supervisor.

## ANNUAL PERFORMANCE APPRAISALS

At least once a year, by October 31st (Full-time and Part-time) and by April 30th (Per Diem), you will receive an evaluation of your past year's performance. This evaluation will be conducted by your Supervisor and is designed to provide an opportunity to discuss your overall performance. Your Supervisor will discuss his/her perceptions of your strengths and weaknesses and provide guidance for strengthening problem areas. The performance evaluation will also be used as a way to determine what goals you should set for the coming year.

Annual performance appraisals for all employees are made a part of our permanent employee record as a guide for management in determining your overall ability and/or possibilities for promotion. Each employee is responsible for signing the evaluation form

SBH000881

CONFIDENTIAL

as proof that it was received by you.  If you disagree with any part of the evaluation, you may write a written response in the appropriate section of the signature page.

## PROMOTIONS

To whatever extent possible, the Facility will promote employees from within.  Because of legal requirements of license or professional registration and the levels of education required for many positions, promotions are not always possible.

Promotions will be determined on an individual basis depending on the nature of the position, the qualifications of the person being promoted, length of service, record of attendance, and job performance evaluation.

Promotional opportunities for all employees regardless of race, color, religion, sex, national origin, age, disability, marital status, sexual orientation, military status or any other characteristic protected by applicable law, continue as a standard Facility policy.

## TRANSFERS

Transfers may be made for more satisfactory placement of an employee according to his/her ability.  Employees desiring to transfer should submit their request in writing to the Department of Human Resources when they know of an open position.  To be eligible for a transfer, an employee must have been employed for a period of at least one year.  The actual physical transfer should be made only after suitable replacement is available.  Transferred employees must successfully complete a new probationary period.  All transfers must be coordinated through Human Resources.

## RECORDS OF EMPLOYMENT

The permanent record of each employee's work history is the property of St. Barnabas and will be maintained in the Department of Human Resources.  This includes employment documents, compensation records, performance appraisals, notices of disciplinary action, etc.  These records are confidential.

Employees will be expected to keep Human Resources informed about any change in their personal information originally recorded, such as name, address, telephone number, marital status, and dependents, etc., for insurance and tax purposes.

To protect the privacy of our employees, it is the Institution's policy to avoid the release of employees' information over the telephone unless an employee requests, in writing, that certain information be given to a designated inquirer for business purposes, or if there is some other reason for the information to be given out.

SBH000882

CONFIDENTIAL

## EMPLOYEE GRIEVANCES

Non-Union Employees:
A grievance is defined as a difference between the Facility and the employee regarding wages, hours and working conditions.

Employees not only are allowed, but are encouraged to air any grievance they may have in regard to their treatment or conditions of work over which the Facility might be expected to have control.

The employee should first discuss the grievance with his/her Supervisor. If for any reason this proves unsatisfactory, the employee may take their case to the Department Head. Should this prove inadequate, the employee may arrange a grievance meeting with the Director of Human Resources. If the employee is still not satisfied or the grievance is not resolved, the matter will be reviewed with the President, or his/her designee, whose decision is final.

The Department of Human Resources is available, by appointment, to assist the employee in submitting his/her grievance through proper channels as stated above.

Union Employees
Union Employees should consult the Union contract regarding this matter.

## TERMINATION OF EMPLOYMENT

All employees, including regular full-time employees are employed on an "at will" basis without assurance of continued employment. Since employment is based on mutual consent, either the employee or employer is privileged to terminate employment. It is important for the employee's record that termination is brought about properly. It is also important for the Facility that it have adequate advance knowledge of an employee's desire to terminate.

There are several types of termination procedures:

1. Resignation
   Voluntary resignation for both Bargaining Unit and Non-Bargaining Unit employees must be made in writing to the Department Head or Supervisor indicating date and reason for leaving. Each employee is required to give notice equal to the initial amount of vacation entitlement for his/her current job classification.

2. Quitting
   This is the term applied when an employee leaves without adequate notice.

3. Layoffs
   This term refers to termination of employment by St. Barnabas due to lack of work or other non-disciplinary reasons.

10

SBH000883

CONFIDENTIAL

4.    Discharge
      This is an immediate termination for serious reasons imposed by the authority of a
      Supervisor or Department Head.  Please see Rules of Conduct in the Employee
      Responsibility section for a further explanation of the possible causes for
      discharge.

## VACATIONS

Annual vacation with pay is granted in recognition of accrued service so that employees
may be free from their regular duties to enjoy a period of rest and relaxation.  Payment of
vacation time will be at the employee's normal rate of pay.  It is expected that employees
will take their vacation as it is earned.  Employees who are by definition, full-time or
part-time regular employees and who have completed six (6) consecutive months of
employment during his/her present term of service are entitled to paid vacation.  In no
case may an employee accrue in excess of one time his/her annual allotment of vacation,
except with the express written authorization of the President.

While every effort will be made to give employees the vacation of their preference,
vacations must be scheduled with the employee's immediate Supervisor for a time which
will least interfere with good patient care and the efficient service of the department.
Although every consideration will be made to allow the employee to take his/her
scheduled vacation; there may be occasions when the conflict with other employee
vacation or work schedules necessitates rescheduling of vacations.  Conflicts in
scheduling of vacations will be resolved on the basis of seniority at the time vacations are
scheduled.

Non-Bargaining Unit vacation entitlement depends on your classification and seniority.
Bargaining Unit vacation entitlement will be determined by the Collective Bargaining
Agreement.

## HOLIDAYS

St. Barnabas observes the following eight paid legal holidays:

New Year's Day
Dr. Martin Luther King's Birthday
President's Day
Memorial Day
Independence Day
Labor Day
Thanksgiving Day
Christmas Day

11

SBH000884

CONFIDENTIAL

In addition to the above named holidays, employees are entitled to take four Elective or free days each year. Elective days shall be prorated on the basis of one for each three months of employment during a year. Upon termination, any employee will not be paid for a future holiday or an Elective day not taken.

Since the Facility functions everyday of the year, and it is not possible for all employees to be off on the same day, an employee may be required to work on any of the paid legal holidays indicated above. However, every effort will be made to distribute Holidays and Elective days on a fair basis providing that they will not interfere with the work load of the department.

1.  In the event an employee is required to work on any of the regularly scheduled legal holidays, he/she shall receive pay at the rate of time and one-half his/her regular pay for all hours worked on the holiday. In addition, the employee shall receive an additional day off with regular pay within thirty days of the holiday, or an extra day's pay in lieu thereof. This only applies to those employees who are non-exempt under the FLSA.

2.  If a regularly scheduled elective or legal paid holiday falls on an employee's normal or regularly scheduled day off, the employee shall receive an additional day's pay or a day off with regular pay within thirty days of the holiday. This policy does not apply to elective free days, only to recognized legal holidays.

3.  If a paid holiday falls during an employee's vacation, the vacation shall be extended by an additional day, or a day off with regular pay, as approved by the Department Head. Employees who are on paid Leaves of Absence or out sick with pay will be eligible to receive holiday pay when a regularly scheduled holiday falls within that period. Employees who are on unpaid Leaves of Absence or on unpaid sick time will not be eligible to receive holiday pay when a regularly scheduled holiday falls within that period.

4.  If an employee is absent on the scheduled work day before and/or the scheduled work day after a holiday, the Facility may demand proof of illness, and may consider the day(s) before and/or after as an unpaid sick leave.

5.  Elective holidays must be scheduled in advance and with the approval of the Department Head. Once scheduled, elective holidays shall not be canceled except in an emergency. If you work on a holiday, you will receive another day off which must be used within thirty days. Elective days must be taken in the year in which they occur, except for the fourth quarter elective day, which must be used by March 31st of the following year.

6.  Pay for holidays will be at the employee's regular pay and part-time employees will receive pay for holidays on a pro rata basis.

12

SBH000885

CONFIDENTIAL

## LEAVE OF ABSENCE

### Paid Leave of Absence

All employees are eligible to receive the following paid Leaves of Absence:

1. Death of parents, spouse, child, brother, sister or grandparent - three (3) working days.

2. Marriage of an employee - three (3) working days.

3. Employees shall be entitled to one (1) day off, paid at his/her regular rate of pay for the birth of his/her child.

4. Authorized attendance as an official delegate of the Facility, or to speak at a Professional Convention. (This does not include attendance at Union Functions for Bargaining Unit employees).

### Jury Duty

All employees are required, upon receipt of a subpoena or notice to report for jury duty, to report such notice immediately to their Supervisor. All reimbursements for jury duty services must be remitted to the Facility's Cashier to be credited towards the salary paid for this time not worked. (Monies received for meals and travel are excluded)

### Unpaid Leaves of Employment

Unpaid leaves of absences, other than for sickness, are given on a very limited basis at the discretion of the Department Head. During a voluntary leave of absence, employees do not accrue sick leave, holidays, elective days or vacation time.

## MATERNITY LEAVE

A maternity leave of absence may be granted for up to 9 months provided the employee has completed one year of employment. At the end of the leave the employee either returns to her position or is placed in a similar position.

## SICK LEAVE

1. Non-Bargaining Unit Employees
   All regular full-time employees will be eligible to accrue sick leave at full pay at the rate of one day of sick leave for each month worked during the first year of employment. Employees after one or more years of employment shall be entitled to receive a total of 12 sick days, as of the beginning of the second and each subsequent year of employment or anniversary date. (Sick leave for Part-time employees shall be prorated).

13

SBH000886

CONFIDENTIAL

Employees are eligible to accumulate unused sick leave up to a maximum of 60 working days.

After 7 calendar sick days, employees are eligible to apply for disability benefits. Sick leave must be exhausted before disability payment can begin.

The amount of benefit is equal to or greater than the New York State Insurance Law requirements.

2.    Bargaining Unit Employees
Bargaining Unit Employees should consult the Union Contract regarding sick leave. After a bargaining unit employee has been sick or disabled for a continuous period of more than seven (7) calendar days, he/she will be paid sick time in accordance with the pay schedule in HR Policy 204.

3.    Policy Administration
a)  If an employee is instructed to remain home by the Employee Health Service, or to visit the Employee Health Service for examination or advice, (but is not to report for duty) he/she shall continue to be reported absent and shall not be paid unless these days can be counted as part of his/her sick leave allowance.

b)  If an employee becomes ill during his/her vacation, he/she will continue on vacation status until the vacation period is expired. If at the end of the vacation period the employee is unable to return to work because of illness, he/she will then be eligible to receive the sick pay benefits to which he/she is entitled, beginning on the first scheduled work day after the vacation period.

c)  The Institution may require proof of illness from employees in order to qualify for sick leave benefits.

e)  Employees on sick leave may be required to be examined by the Employee Health Service before being permitted to return to duty.

## HEALTH & RELATED BENEFITS

Basic Hospitalization and Major Medical Coverage and Dental Coverage, Short Term Disability Insurance, Accidental Death and Dismemberment Insurance and Life Insurance are provided to specified Non-Bargaining Unit employees upon the first day of employment, either at no cost to the individual employee (though there may be a taxable component to the employee) or at a contribution level set from time to time. Individual or family health and dental insurance coverage is available, subject to the plan document. Summary Plan Descriptions have been provided to you that explain the details of these plans. The Department of Human Resources is always glad to help you with any questions regarding your coverage.

SBH000887

CONFIDENTIAL

Members of 1199 may be covered under the 1199/League National Benefit Fund which is paid for through contributions made by St. Barnabas to that Fund.

Each year in the Fall (usually October or November), the Human Resources Department hosts a "Benefits Fair" where all employees can learn more about their benefits by meeting with representatives of the benefit providers.

This Benefits Fair also serves as the kick off of the open enrollment period for those benefits for which the employee must make annual elections as to whether or not to participate for the upcoming plan year.

### EMPLOYEE HEALTH SERVICE

Employee Health Service provides pre-employment physical examinations and medical care to employees for illness or accidents. Each employee is required to have an annual physical assessment which complies with the N.Y.S. Health Code.

### WORKERS' COMPENSATION

St. Barnabas is self-insured under the Worker's Compensation laws of the State of New York for employees who are injured on the job. The law sets forth limitations on filing claims. For this reason, you must notify your Supervisor immediately after an injury is sustained on the job.

### VOLUNTARY 403(B)

St. Barnabas offers a 403(b) Program for its employees. This allows you to voluntarily accumulate funds for retirement with your own contributions before they are subject to income tax. Additional information is available in Human Resources.

### CREDIT UNION

St. Barnabas offers access to the Municipal Credit Union which enables employees to save a portion of their income via payroll deductions. These funds earn a guaranteed rate of interest, similar to a savings bank. In addition to the payroll savings plan, the Municipal Credit Union also provides additional financial services such as Share Draft, IRA and Christmas Club accounts, as well as loans to Municipal Credit Union members. Employees who are interested in more information on the Municipal Credit Union may contact the Department of Human Resources.

### FLEXIBLE SPENDING PLAN

St. Barnabas offers a Flexible Spending program which allows the employee to be reimbursed on a pre-tax basis for eligible Healthcare, Dependent Care, Transportation and Commuting expenses. The program is available to non-union employees with at least one year of service.

SBH000888

CONFIDENTIAL

## STAFF DEVELOPMENT AND TRAINING

### Job Knowledge

Preparation to perform a job is fundamentally the responsibility of employees. The Facility will, however, provide training programs, where feasible and supervisory counseling to assist employees in gaining further knowledge through which better performance may be achieved and eventual promotion realized.

### Inservice Training

Employees will be granted time while on duty to attend appropriate in-service training programs within St. Barnabas. Outside seminars may be approved at the discretion of Administration.

### Tuition Reimbursement

The Facility offers tuition reimbursement to full-time non-union employees with at least one year of services, who request to take courses that are work related. Administration shall determine whether or not a course is job related. For further information and application forms, contact the Department of Human Resources. Union Employees may be eligible for tuition reimbursement as set forth in the collective bargaining agreements.

## UNIFORMS

St. Barnabas provides uniforms, for certain classifications of employees, either by direct purchase or by providing a uniform allowance. The method is the decision of the St. Barnabas Administration.

## BULLETIN BOARDS

The official Facility bulletin boards are centrally located. Notices of events or changes which may affect individuals, departments, or the entire Institution will be posted there. It is the employee's responsibility to check these boards for important notices and current events. Only material which has been reviewed and approved by Administration and/or Human Resources may be posted on these bulletin boards.

St. Barnabas also provides a bulletin board for the purpose of posting Union notices.

Notices of special concern to all departments will generally be sent to Department Heads and Supervisors. Notices of special concern to all employees will generally be distributed to them with their checks on payday.

16

SBH000889

CONFIDENTIAL

## UNION MEMBERSHIP

In accordance with the appropriate contracts as certified by the National Labor Relations Board, St. Barnabas recognizes the following unions as the sole bargaining representative for the employee classifications listed below:

**1199 SEIU** - All employees listed in Stipulation 1 of the Collective Bargaining Agreement.

**Local 1** – All employees listed in Article I of the Collective Bargaining Agreement.

In accordance with this recognition, all employees in these job classifications may be required to become members of their respective unions within thirty (30) days of the date of employment, and maintain membership in good standing. St. Barnabas will deduct union dues and appropriate initiation fees from the employee's pay upon receipt of a signed, written authorization.

## RESPONSIBILITIES OF EMPLOYEES AT ST. BARNABAS

St. Barnabas has many responsibilities to patients, to physicians, to its employees, to the community and to itself as a legal entity. Employees, likewise, are expected to recognize their responsibilities for the faithful execution of the tasks which they have been assigned and to promote the best interest of the patients through mutual cooperation. Employees are especially expected to study, and to know in detail, the contents of this booklet which has been specially prepared to meet their needs for information and direction. In addition to the preceding policies relating to employment, wages, benefits and working conditions, knowledge about the following information is vitally important.

## RULES OF CONDUCT

Disciplinary Philosophy

It is the obligation of every employee to conform to those rules and regulations applicable to their individual assignments, as well as, all general regulations which apply to all employees. Unacceptable conduct or violations of such rules and regulations shall lead to discipline.

Discharge Offenses

Any employee may be discharged, without considering previous disciplinary action, and without prior notice for any act of serious misconduct. The following are examples of behavior which may lead to immediate termination:

SBH000890

CONFIDENTIAL

- Participating in behavior that violates compliance policies or law.
- Encouraging, directing, facilitating or permitting behavior that violates compliance policies or law.
- Neglect and inconsiderable treatment of patients.
- Discussing confidential Information concerning a patient with unauthorized personnel.
- Conduct which constitutes a crime in New York State, regardless of whether there was an arrest or conviction.
- Insubordination.
- Intentional misstatement or concealment of facts in connection with employment or any investigation, inquiry or other proceedings.
- Falsifying Hospital or Rehabilitation Continuing Care Center records.
- Possessing firearms or explosives on St. Barnabas property.
- Removal of St. Barnabas property without authorization.
- Soliciting tips or services from patients or any other person while on St. Barnabas property.
- Punching or tampering with another employee's time card, or knowingly submitting a time card that is not accurate.
- Being under the influence of alcohol or narcotics while on duty or reporting to work under the influence of alcohol or narcotics.
- Interfering with the work performance of another employee, threatening, intimidating or coercing another employee.
- Fighting on St. Barnabas property.
- Willfully or carelessly damaging, defacing or mishandling St. Barnabas equipment or property or the property of a patient, visitor or another employee.
- Sleeping while on duty.
- Willful or careless violation of safety, fire prevention, and security regulations.
- Immoral conduct or indecency.
- Failure to comply with the institution's HIPAA policies

The foregoing enumeration of causes for discharge is by way of illustration and shall not exclude the Facility's right to discharge employees for other appropriate reasons.

Discipline Offenses

An employee may be subject to disciplinary action for failure to adhere to policies or procedures or for any conduct detrimental to the Institution. The following are examples of behavior which may lead to disciplinary action:

- Failure to report suspected compliance problems
- Engaging in horseplay, running, scuffling or causing a disturbance.
- Frequent tardiness.
- Excessive absence.

18

SBH000691

CONFIDENTIAL

- Smoking on Campus.
- Contributing to unsanitary conditions or poor housekeeping.
- Failure to follow St. Barnabas job instructions, verbal or written.
- Making any preparation whatsoever for leaving the Facility prior to the end of the shift, unless authorized by the Supervisor.
- Loitering on premises during off-duty hours.
- Violation of dress code policy.
- Causing loss of material or equipment due to carelessness, negligence or deliberate acts.
- Wasting time, loitering or leaving place of work during working hours without permission.
- Violating a safety rule or practice.
- Making false, vicious or malicious statements about any employee, the Facility or patients.
- Fraudulent claim of sick leave.
- Refusing to do assigned work.
- Disrespectful, insulting acts or abusive language toward any Supervisor or St. Barnabas authority.
- Unauthorized statements to the press.
- Soliciting in working areas and on working time.
- Unauthorized photography, videotaping or recording.
- Engaging in discriminatory or sexually harassing conduct.
- Having an unauthorized person (i.e. spouse, child, etc.) in your work area.
- Possessing a beeper or any other electronic paging device on St. Barnabas property, unless authorized and/or issued by St. Barnabas.

Again, these offenses are listed for illustration purposes and do not comprise an all inclusive list of violations warranting disciplinary action. Any actions such as those listed above can also be cause for termination even on the first offense, if the behavior and/or its effects are serious enough to so warrant.

## CONFIDENTIAL INFORMATION

In the process of performing one's work in the Facility, it is possible to overhear information regarding patients, doctors and others which must be considered confidential. You are directed, therefore, not to discuss these bits of information outside the Facility or even with other St. Barnabas employees. Even casual conversation with other employees may be overheard and thereby violate the right to privacy of others. Violating the privacy of patients is a violation of the Health Insurance Portability and Accountability Act (HIPAA) and is subject to severe disciplinary action, up to and including termination as well as personal liability (civil and/or criminal).

SBH000892

CONFIDENTIAL

All employees are cautioned not to give out information about any patient's condition to anyone without specific authorization as outlined below. To do so may involve you in legal action. Registered Nurses and Nursing Management are the only ones authorized to release this information.

Inquiries from friends and relatives are to be directed to the Registered Nurse in charge of the unit, to the Supervisor, or to the Nursing Office.

Inquiries from newspapers, radio and television stations, and other sources of public information are to be referred to the Administrator responsible for Public Relations.

Do not become involved in discussion about insurance of any type with patients or visitors. Insurance programs may be very complex. All such questions should be referred to the Admitting and Social Work Departments.

Inquiries with regard to the Facility's services should be referred to the Director of Admissions.

### DISASTER PLAN

One of the major responsibilities of St. Barnabas in serving the community is to provide emergency services needed in the case of disaster. All employees are expected to be available if and when a disaster should occur. In addition, everyone should be familiar with the Facility's Disaster Plan, a copy of which is available from your Department Head. Administration authorizes the activation of the Disaster Plan.

### INSUBORDINATION

Employees will be expected to carry out the reasonable directions of their Supervisor. Failure to carry out assignments, as given, or neglect to complete assignments properly will be regarded as a serious disciplinary problem and may result in discharge.

### LANGUAGE BANK PARTICIPATION

Language banks are maintained in Communications, Patient Relations, Human Resources and Nursing offices for the purpose of obtaining an interpreter. If you are a participant in the Language Bank program, you will be expected to cooperate and report to the location of the patient as soon as possible. If you wish to participate as an interpreter, please contact the Human Resources Department.

### LOST AND FOUND

If you should lose any personal belongings, report the loss to your Department Head who in turn should contact Security. If you find an article belonging to someone else, turn it into the Security Office.

SBH000893

CONFIDENTIAL

## MAIL

All employees must have personal mail delivered to their home or residence. St. Barnabas stationery may be used only for Facility business.

## PERMISSION TO LEAVE DURING WORK HOURS

If it becomes necessary for an employee to leave their department or the premises during working hours, permission is to be obtained from the Supervisor or Department Head.

## EMPLOYEE ASSISTANCE

Alcoholism, drug abuse, emotional illness, and family crisis essentially are personal problems. But when personal problems spill over into the workplace, affecting daily behavior and interfering with job performance, they also become management's problem, forcing St. Barnabas to take responsibility for identifying and assisting troubled employees.

Management is expected to utilize the services of the Employee Assistance Program (EAP), through the Employee Health Department, to motivate employees to accept the professional help they need. Employee Health Services will meet with the employee and make a referral for professional counseling and/or treatment when appropriate. Employees are afforded the opportunity of taking a medical leave of absence to enter a special substance or psychiatric program that addresses the specific need of the employee. The reasons for medical leave are kept in strict confidence.

## DRESS CODE

As an employee, you are a representative of St. Barnabas. People get an impression about the Institution from your appearance as well as your conduct. The nature of your job requires cleanliness, neatness and good health. If you wear a uniform, be sure that it is complete, clean and neat. Every employee is expected to wear conservative attire. Miniskirts, halter tops, tank tops, and other revealing attire are inappropriate and are not to be worn in the Facility. In addition, all jeans are unacceptable with the exception of employees working in the Engineering and Laundry Departments, and only then with the permission of the Department Head.

Hospital and Rehabilitation and Continuing Care Center uniforms should be worn by personnel in those job classifications where uniforms are required. Shoes must be clean and polished. Safety, comfort and appearance are the main consideration for acceptable footwear.

SBH000884

CONFIDENTIAL

## PROPERTY PASS

Before you carry any package out of the Facility, you must obtain a property pass from your Supervisor. Our Security Officers have been authorized to make periodic checks of all packages leaving the premises. Unauthorized removal of drugs, instruments or other supplies is a criminal offense. Theft of any St. Barnabas property is grounds for immediate termination.

## SAFETY PROGRAM

A Safety Committee meets regularly to promote the Facility's safety. Employees are asked to cooperate in helping prevent injury to themselves, other employees, patients and visitors by observing the following rules:

1. Keep informed of fire rules of the Institution and your duties in case of a fire.

2. Avoid accidents by eliminating hazards.

3. Report to your Supervisor immediately any unsafe condition, such as:
    a) Wet or slippery floors.
    b) Equipment left in halls or on walkways.
    c) Defective equipment.
    d) Careless handling of equipment.
    e) Use of combustible materials near open flames.
    f) Dangerous situations, etc.
    g) Blocked fire doors or exits.

4. Always be especially alert for safety factors when using wheelchairs and stretchers.

5. Never operate electrical equipment with hands wet.

6. When not sure, ask!

## SECURITY SYSTEM

It is the Facility's policy to do whatever is necessary to safeguard everyone and everything associated with St. Barnabas. Uniformed guards are employed to assist in this work. Every employee, likewise, should be quick to report any suspicious person or circumstance to his/her Department Head, to the security officer or directly to Administration. Employees can also help by observing the rules and regulations of the various departments with regard to the proper security of St. Barnabas property.

Each employee will be issued an identification badge at the time of employment. This badge must be worn at all times. Authorized representatives of the institution may, at any time, ask an employee to show his/her identification badge.

22

SBH000895

CONFIDENTIAL

St. Barnabas cannot be responsible for loss or damage to the personal property or valuables of employees, patients, or other using the Facility's premises. It is therefore suggested that excessive amounts of money or valuables not be brought to the Institution.

St. Barnabas property may not be removed from the premises except by written authorization from Administration. Such removal, without authorization, or theft of St. Barnabas property will be reason for immediate discharge.

## INTOXICATION

Possession or consumption of intoxicating beverages on St. Barnabas premises by employees is forbidden. Employees who report to work in an intoxicated condition, or who drink alcoholic beverages while on duty, will be subject to disciplinary action, including dismissal. Employees are asked to reports incidents of apparent intoxication, either among employees or others, to their supervisor immediately.

## DRUG USE

Possession or use of illegal drugs is also forbidden and the same rules that apply to alcoholic beverages also apply to drugs. Employees who are taking medications that may impair their judgment or performance (i.e., pharmaceuticals that cause drowsiness) are expected to report this to their Department Head, who will keep such information confidential.

## SOLICITATION PROTECTION

In order to protect employees from any form of solicitation (i.e. raffle, charity drive), it is strictly prohibited for anyone to solicit employees or to solicit patients or visitors on any matter while on the premises, or on St. Barnabas time unless authorized by Administration. Violations of this policy will subject employees to disciplinary action. Employees who discover persons making unauthorized solicitations should report this to their Supervisor immediately.

## VISITOR'S PASSES

All visitors at St. Barnabas will be required to pick up a Visitor's Pass in the Main Lobby. Visiting hours are set by Administration. For specialty units, such as ICU, the visiting hours may vary.

In order to avoid unnecessary disturbance of patients, each patient will be allowed no more than two visitors at any one time. Employees are requested to visit patients only during normal visiting hours. Visitors found on Nursing Units without visitor passes should be sent to the main lobby.

SBH000896

CONFIDENTIAL

## ETHICS

All persons who work at St. Barnabas share in the responsibility of observing a code of ethics. This code requires truthfulness, honesty and personal integrity in all activities. Furthermore, all employees share, to some degree, in the responsibility for observing the code of ethics that regulates the activities of both physicians and nurses. In general, the following applies to all St. Barnabas employees:

1. Physicians alone have the training and legal right to diagnose and order treatment for illness and injuries. However, all workers play a vital role in patient care and should act with due propriety.

2. Patients are at all times to be treated with dignity and compassion, even if the patient appears distraught or difficult to manage. All information concerning patients or St. Barnabas business must be held in strict confidence.

3. Employees are not to burden patients or other employees with own personal problems.

## CORPORATE COMPLIANCE PROGRAM

Every workplace has a code of conduct, a series of rules and regulations that guide employees in their day-to-day departmental and business dealings. Corporate compliance programs set forward those standards of conduct that all personnel are expected to follow and allow the employees access to an individual (the Compliance Officer) to report any action the employee believes to be a violation of any statute, rule, regulation or stated facility policy. In the health-care industry, where complex state and federal regulations increasingly abound, effective compliance policies are now deemed essential.

Compliance covers a wide range of situations, from general business procedures to improper behavior, such as violating prohibitions against accepting expensive gifts, to unlawful situations that hold potential civil and criminal liability.

Billing procedures are among the most frequent and serious violations cited in health compliance programs. St. Barnabas is committed to submitting accurate reports and claims to the Federal and State governments and we prohibit the knowing submission of a false claim for payment from a Federal or State funded health care program. Such a submission is a violation of Federal and State law and can result in significant administrative and civil penalties under the Federal False Claims Act, a Federal statute that allows private citizens to help reduce fraud against the United States government by filing a *"qui tam"* action and becoming a "whistleblower". In addition, in New York State the submission of a false claim can result in civil and criminal penalties under portions of the State Social Services Law and Penal Law. This is more fully described in the Corporate Compliance Manual and related documents.

SBH000897

CONFIDENTIAL

To assist the Facility in meeting its legal and ethical obligations, any employee who reasonably suspects or is aware of the preparation or submission of a false claim or report or any other potential fraud, waste and abuse related to a Federal or State funded health care program, like Medicare or Medicaid, is <u>required</u> to report such information to his or her supervisor or the St. Barnabas Compliance Officer. Any employee who reports such information will have the right and opportunity to do so anonymously and will be protected against retaliation and intimidation for coming forward with such information both under the Facility's internal compliance policies and procedures and Federal and State law. However, St. Barnabas does retain the right to take appropriate action against any employee who has participated in a violation of Federal or State law or facility policy.

St. Barnabas personnel are encouraged to raise any questions they may have about compliance, either with their supervisor or with the St. Barnabas Compliance Officer. Employees are also encouraged to report any questionable practices they observe so that corrective action may be taken. In addition, employees are <u>required</u> to read the St. Barnabas Compliance Manual which more fully describes the Code of Conduct, has detailed descriptions of our compliance policies and references the relevant laws relating to compliance.

Effective compliance means law-abiding, honest, trustworthy behavior in all business dealings – the foundation upon which the Facility's integrity and reputation solidly stand. This applies not only to employees, but to agents, vendors and contractors as well.

The St. Barnabas Corporate Compliance Officer can be reached at <u>Ext. 3389</u> or over the dedicated compliance voice mail at <u>Ext. 3705.</u> All compliance phone calls are confidential.

### DEFICIT REDUCTION ACT

Pursuant to the Deficit Reduction Act ("DRA"), St. Barnabas Hospital is required, as a condition of its participation in the Medical Assistance Program ("Medicaid"), to establish written policies and procedures that inform its employees, contractors, and agents about the following[1]
- St. Barnabas' internal policies covering fraud, waste and abuse;
- The federal False Claims Act and any similar law under the State of New York that governs false claims and statements.
- Whistleblower protections under federal and State laws.

The Corporate Compliance Plan outlines and explains the structural and operational elements of the Program, highlighting St. Barnabas development and/or adoption of written policies and procedures covering compliance, including, without limitation, St. Barnabas' Corporate Compliance Policies & Procedures which details the structure of the

---

[1] *See* 42 U.S.C. § 1396u [n][68][A-C]

25

SBH000898

CONFIDENTIAL

Program and establishes prohibition of fraudulent billing and other improper business practices.

*FALSE CLAIMS ACT and STATE AND FEDERAL LAW*
The False Claims Act ("FCA")[2] provides, in pertinent part, that: (a) Any person who (1) knowingly presents, or causes to be presented, to an officer or employee of the United States Government or a member of the Armed Forces of the United States a false or fraudulent claim for payment or approval; (2) knowingly makes, uses, or causes to be made or used, a false record or statement to get a false or fraudulent claim paid or approved by the Government; (3) conspires to defraud the Government by getting a false or fraudulent claim paid or approved by the Government; or (4) knowingly makes, uses, or causes to be made or used, a false record or statement to conceal, avoid, or decrease an obligation to pay or transmit money or property to the Government, is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages which the Government sustains because of the act of that person. In sum, the False Claims Act imposes liability on any person who submits a claim to the federal government that he or she knows (or should know) is false. An example may be a physician who submits a bill to Medicare for medical services she knows she has not provided. The False Claims Act also imposes liability on an individual who may knowingly submit a false record in order to obtain payment from the government. An example of this may include a government contractor who submits records that he/she knows (or should know) are false and that indicate compliance with certain contractual or regulatory requirements. The third area of liability includes those instances in which someone may obtain money from the federal government to which he may not be entitled, and then uses false statements or records in order to retain the money. An example of this so-called "reverse false claim" may include a hospital that obtains interim payments from Medicare throughout the year, and then knowingly files a false cost report at the end of the year in order to avoid making a refund to the Medicare program. In addition to its substantive provisions, the FCA provides that private parties may bring an action on behalf of the United States. 31 U.S.C. 3730 (b). These private parties, known as "qui tam relators," may share in a percentage of the proceeds from an FCA action or settlement. *Administrative Remedies for False Claims (31 USC Chapter 38. §§ 3801 – 3812)*. This statute allows for administrative recoveries by federal agencies.

The following are the New York State Laws that governs false claims and statements: Civil and Administrative Laws: New York False Claims Acts(State Finance Law *§§187-194)*, Social Services Law, Section 145-b - False Statements, Social Services Law, Section 145-c – Sanctions, B) Criminal Laws: Social Services Law, Section 145 – Penalties, Social Services Law, Section 366-b - Penalties for Fraudulent Practices, Penal Law Article 155 – Larceny, Penal Law Article 175 - False Written Statements, Penal Law Article 176 - Insurance Fraud, Penal Law Article 177 - Health Care Fraud.

*Whistleblower Protection*

---

[2] http://www.omig.ny.gov/data/images/stories/relevant_fca_statutes_122209.pdf

SBH000899

CONFIDENTIAL

*Federal False Claims Act (31 U.S.C. §3730(h), and New York State False Claim Act (State Finance Law § 191)* provides protection to qui tam relators who are discharged, demoted, suspended, threatened, harassed, or in any other manner discriminated against in the terms and conditions of their employment as a result of their furtherance of an action under the FCA. 31 U.S.C. 3730(h).

*New York Labor Law §740 and New York Law §741*
An employer and a health care employer may not take any retaliatory action against an employee if the employee discloses information about the employer's policies, practices or activities to a regulatory, law enforcement or other similar agency or public official. §740 Protected disclosures are those that assert that the employer is in violation of a law that creates a substantial and specific danger to the public health and safety or which constitutes health care fraud under Penal Law §177 (knowingly filing, with intent to defraud, a claim for payment that intentionally has false information or omissions). §741 Protected disclosures are those that assert that, in good faith, the employee believes constitute improper quality of patient care. The employee's disclosure is protected only if the employee first brought up the matter with a supervisor and gave the employer a reasonable opportunity to correct the alleged violation. If an employer takes a retaliatory action against the employee, the employee may sue in state court for reinstatement to the same, or an equivalent position, any lost back wages and benefits and attorneys' fees. If the employer is a health provider and the court finds that the employer's retaliatory action was in bad faith, it may impose a civil penalty of $10,000 on the employer.

## SEXUAL HARASSMENT AND DISCRIMINATION

St. Barnabas is committed to creating a work environment free of discrimination or harassment. Discrimination against and/or harassment of any employee based on race, color, religion, creed, sex, national origin, citizenship, age, disability, ethnic predisposition or carrier status, martial status, sexual orientation, or any other characteristic protected by applicable law ("Protected Characteristic") is illegal and strictly prohibited. Every employee is responsible for complying with this policy.

Federal, state and local laws also have made plain that sexual harassment of an individual in employment is illegal. St. Barnabas prohibits sexual harassment of its employees in any form, whether committed by supervisory or non-supervisory personnel, management, vendors, visitors or patients. Regulations issued by the Federal Equal Employment Opportunity Commission define sexual harassment as follows:

*Unwelcome sexual advances, requests for sexual favors, and other verbal or physical conduct of a sexual nature constitute sexual harassment when:*

> 1. *submission to such conduct is made either explicitly or implicitly a term or condition of an individual's employment; or*

> 2. *submission to or rejection of such conduct is used as the basis for employment decisions affecting such individual; or*

SBH000900

CONFIDENTIAL

> 3.   *such conduct has the purpose or effect of unreasonably*
>      *interfering with an individual's work performance or creating an*
>      *intimidating, hostile or offensive working environment*

Examples of conduct which may constitute unlawful sexual harassment include, but are not limited to: unwelcome sexual advances; unwanted touching of a sexual nature; offensive verbal or non-verbal communication of a sexual nature; or sexually graphic or sexually offensive materials or photographs. Examples of conduct which may constitute unlawful discrimination or harassment include, but are not limited to: refusing to hire an applicant or terminating an employee because of any Protected Characteristic; making racial or ethnic slurs or jokes; or exhibiting racist graffiti or cartoons. The behavior described in this paragraph is unacceptable both in the workplace itself and other work related settings, such as business trips and St. Barnabas sponsored or related social events.

If you believe that you have been subject to discrimination or harassment, we encourage you to promptly notify the offender, particularly if such individual is a co-worker, that his or her behavior is unwelcome and inappropriate and that you want the behavior to stop immediately. However, if you are uncomfortable confronting the alleged wrongdoer for any reason, such as because (I) he or she is a supervisor or high level member of management. (ii) of the severity of the conduct or (iii) informal, direct communication was unsuccessful, the St. Barnabas requires that you promptly report the conduct, either verbally or in writing to management, as follows: Keith Wolf, Ext. 6500 or Deborah Schneider, Ext. 5813; however, if you are uncomfortable discussing the matter with either of these individuals for any reason, including because either of them is believed to be involved in the conduct, you must instead report the matter to the individual who runs your specific department.

Any St. Barnabas supervisor or manager who receives a report or complaint of discrimination or harassment must report that alleged offense immediately to Keith Wolf, Ext. 6500 or Deborah Schneider, Ext. 5813, and await instruction.

All complaints will be investigated promptly and thoroughly and, if appropriate, corrective action will be taken. Any employee, who violates the policy against discrimination and harassment or engages in conduct contrary to this policy, as determined in the Facility's sole discretion, will be subject to disciplinary action, up to and including termination. The complaint procedure outlined above also must be followed if you believe that you have been subject to discrimination or harassment by third parties, such as vendors, visitors or patients. Upon receiving knowledge thereof, the Facility will investigate and if St. Barnabas, in its sole discretion, determines that such harassment or discrimination has occurred, St. Barnabas will seek appropriate action.

SBH000901

CONFIDENTIAL

St. Barnabas will not tolerate retaliation against any individual who makes a report of harassment or discrimination, provides information concerning such actions, or opposes any action which violates this policy. Any person found to have violated St. Barnabas' prohibition against retaliation will be subject to disciplinary action, up to and including termination.

We understand that these matters can be quite sensitive and will handle them accordingly. If you have any questions about this policy, including how to make a complaint, please contact Keith Wolf, Ext. 6500 or Deborah Schneider, Ext. 5813.

### INTRANET & INTERNET USAGE

Information of interest or importance to facility staff is posted at the intranet site. Types of available information include policies and procedures, announcements, calendars of events, clinical protocols and telephone directories. You may access the intranet at http://sbhwiki/wiki/Home/WebHome. You may access the St. Barnabas internet web site at www.stbarnabashospital.org.

Use of the internet must be approved by your administrator and for work purposes only.

### A CLOSING WORD

The statements contained in the Employee Handbook about our personnel policies, employee benefits, and rules of conduct at St. Barnabas Hospital and St. Barnabas Rehabilitation and Continuing Care Center, are in a condensed form. This handbook does not detail all conditions of employment or personnel policies in relation to the job duties. However, it will give you an excellent amount of information concerning what you can expect from us and what we expect from you in return.

This is not a contract of employment. Subject to an applicable collective bargaining agreement or specific employment contract, any individual may voluntarily leave employment upon proper notice, and may be terminated by St. Barnabas, at will, at any time. Any oral or written statements or promises to the contrary are hereby expressly disavowed and should not be relied upon by a prospective or existing employee. The contents of this handbook are subject to change at any time at the discretion of the employer.

We hope you have read your handbook carefully and will keep it for further reference. If you have any questions concerning the policies or benefits outlined in this handbook, please contact your Supervisor or the Department of Human Resources.

Written and Published by the Department of Human Resources
Revised 1/1/13

SBH000902

CONFIDENTIAL

### TRAVEL DIRECTIONS

**From Queens or Long Island:**

Cross Throgs Neck or Whitestone Bridge. Take Cross Bronx Expressway westbound to Third Avenue Exit. Turn right on Third Avenue (N) and continue to Quarry Road - first right after 180th Street. Enter Quarry Road Gate.

**From Westchester County:**

1. Take Hutchinson River Parkway or New England Thruway to Pelham Parkway westbound. Pelham Parkway becomes Fordham Road at Bronx River Parkway. Follow directions below for number (2).
2. Take Bronx River Parkway to Fordham Road exit. Take Fordham Road to Arthur Avenue. Turn left and go several blocks to back of hospital. (Quarry Road) Enter at Quarry Road Gate.

**From Manhattan:**

Take Major Deegan Expressway or Harlem River Drive to Cross Bronx Expressway eastbound to Webster Avenue exit. Turn left on Webster Avenue (N) and continue to 180th Street, turn right on 180th Street and continue to Third Avenue. Turn left and then right onto Quarry Road. Enter at Quarry Road Gate.

**From New Jersey:**

Cross George Washington Bridge onto Cross Bronx Expressway eastbound and continue to Webster Avenue exit.
Turn left on Webster Avenue (N) and continue to 180th Street. Turn right on 180th Street and continue to Third Avenue. Turn left and then right onto Quarry Road. Enter at Quarry Road Gate.

**Public Transit:**

Metro-Transit R.R. to Fordham Road Station. Transfer to Bus # Bx 55 South to 183rd Street.

IRT Subway, either #5 Lexington Avenue Express (Dyre Ave.) or #2 Seventh Avenue Express (241st St. White Plains Rd.) to 149th Street and Third Avenue, transfer to Bus #55 North to 183rd Street.

SBH000903