# EXHIBIT 4

## Evaluation Rebuttal

Re: September 13, 2011 Job Description/Performance Evaluation
Completed by supervisor on 9/13/11 and given to me on 10/19/11

I am very displeased not only with the ratings and remarks of my evaluation, but the fact that now I have to write a rebuttal.

My evaluation was completed by my supervisor on 9/13/11, and I met with her for supervision on 9/28/11 and 10/5/11 enough time to review together my evaluation, as it should be done, not handed to me before the due date that the evaluation has to be submitted to the head of the department.

As far as my evaluation, I do not agree that I have difficulties engaging and working with resistant families. The families that has perceived me as lacking sensitivity and understanding in my approach are transferred to another clinician upon their request, and to my knowledge within a month or so the case is terminated and/or the assigned clinician is struggling with the same issues that I was undergoing.

As I read my evaluation I felt disappointed and discriminated by bias remarks of my culture and language. I believe my culture and language does not interfere with the way I perform my job. I am understood when I speak and write in English, if I do make grammatical errors, I apologize but I do work hard and I utilize tools to help me with my grammar such as spell check and dictionary (I do believe with all at some point make grammatical errors).

The high volume of clients and paper work sometimes feels that I have to be rushed to complete the paper work that is required by the agency in order to be in good standing not only for myself but for the agency as well.

I am in the process of registering for my LCSW. I have submitted the required documents to my supervisor Milagros Arce on 10/7/11 (Waiting to be completed by supervisor).

_Ruth R. Duarte, MSW_  10-21-11
Ruth Duarte, MSW
Clinician


_____
Milagros Arce, LCSW-R
Assistant Director/Supervisor

Supervisor Reported that She does not need to sign. 10.24.11

PLAINTIFF'S EXHIBIT PX-13

SBH000346