# EXHIBIT 5

CONFIDENTIAL

# ST. BARNABAS HOSPITAL
# OFFICIAL WARNING NOTICE

(x) Verbal Warning    ( ) Written Warning    ( ) ___ Day Suspension    ( ) Termination

Employees Name: Ruth Duarte            Date: 11/2013
Department: DCCS            Job Title: Clinician

| | | | |
|---|---|---|---|
| ( ) | Theft | ( ) | Excessive Absenteeism |
| ( ) | Gross Negligence | ( ) | Excessive Tardiness |
| ( ) | Poor Work Quality | ( ) | Soliciting of Tips |
| ( ) | Insubordination | ( ) | Dishonesty |
| ( ) | Swiping Another Employee's ID card | ( ) | Gambling |
| ( ) | Falsifying Information | ( ) | Sleeping on Duty |
| ( ) | Use or Possession of Narcotics | ( ) | Immoral Conduct |
| ( ) | Inappropriate Language | ( ) | Resisting Directive |

( ) Leaving the Premises during Working Hours without Permission
( ) Mistreatment, Lack of Treatment, or Abuse of Residents or Patients
( ) Abuse or Waste of Tools, Equipment, Fixtures and Supplies
( ) Troublemaker (fighting, creating a disturbance, gossiping)
( ) Drinking or Being Under the Influence of Alcoholic Beverages While on Duty
( ) Creating or Contributing to Unhealthy or Unsanitary Conditions
( ) Violation of Safety Rules or Common Safety Regulations
( ) Selling Merchandise or Soliciting Funds
(x) Other (Please Specify) see below

DETAILS: During our supervisory meeting on Wednesday November 13th, 2013 we discussed your request to change your floating holiday request on 11/15 to a sick day off. I informed you that I had already approved the floating holiday and would not change it to a sick day because sick days are used for times when there is an illness. You argued that you had a doctor's appointment and I informed you that as per policy a requested day off is not a sick day. You argued "one day you will lose your power", and I informed you that you were being inappropriate. I reminded you of our discussions in the past of how you communicate with others. This behavior was highlighted in your annual evaluation and has continued to reoccur. You are expected to monitor and improve your communication with staff, patients, and administrators at the program as it is unprofessional and violates hospital policy.

Certain serious violations may result in immediate termination; other infractions warrant the issuing of an official warning notice. You are being given this notice in the hope that there will be a sincere effort on your part to see that this violation will not be repeated. However a repetition of this offense may result in your dismissal as an employee.

_Guiumes L - MALCSWR_     11/20/13
SIGNATURE OF DEPARTMENT HEAD            DATE

I certify that I am familiar with the above mentioned violation policy, and I hereby acknowledge receipt of this official warning notice.

_____            _____
SIGNATURE OF EMPLOYEE                DATE


PLAINTIFF'S EXHIBIT
PX-14

SBH001072

CONFIDENTIAL

| IF EMPLOYEE REFUSES TO SIGN: | IF EMPLOYEES REFUSES TO ACCEPT FORM COPY: |
|---|---|
| "This is to certify that the employee named in this report was warned by their supervisor in my presence Concerning the subject matter contained therein." | "Employee refuses to accept his/her copy of this warning notice." |
| Witness: [signature]   Date 11/20/13 | Supervisor: [signature]   Date 11/20/13 |

This Form Must Be Forwarded to the Department of Human Resources

Revised : 1/6/09(mw)

SBH001073