# EXHIBIT 6

CONFIDENTIAL

11/25/13

The following is a rebuttal to a "Discipline" on 11/20/13 in which we discussed a Verbal Warning for an "Inappropriate statement" used during supervision in which Mrs. Milagros Arce, Supervisor reported that I said "One day you will lose your power"

1. - I never submitted a day off request (Worked floating holiday 11-11-13).

2. - At no point have I said "One day you will lose your power."

Although, during supervision on 11/6/13 we discussed working on 11/11/13 (Floating Holiday) and verbally requested permission to use my worked floating holiday on 11/15/13 (At that point I did not remember that I had a Cardiologist Procedure appointment scheduled for 11/15/13. Then on 11/13/13 I informed Mrs. Arce that I did not remembered about having a procedure on 11/15/13 and I requested to be off on 11/15/13 for an illness day off. However, Mrs. Arce argued that I have to go to the appointment and return to work or I will have to use my worked floating holiday (11/11/13) to attend my doctor's appointment. I explained Mrs. Arce that I cannot go to my appointment and return to work due to the procedure that I was going to have. However, she responded "Then you will have to use your floating holiday off to go to the doctor. Therefore, I did respond to Mrs. Arce "Okay, Milagros, you have the power to use my earned time off as you please." The reason I responded in that way to Mrs. Arce is because since the time that I have been working here at DCCS (7/9/07) Mrs. Arce, Supervisor has used my time as she pleased violating the Union contract, and Policy and Procedures.

I have concerns that I will not be able to express my concerns during supervision due to my comment being taken out of context, because on the same day of the incident I tried to explain to Mrs. Arce that she took my responce out of context it ended in a disciplinary action. (See my supervisory note, date 11/13/13.

I would like to take this opportunity to express my feelings about many times DCCS Administrators had continually harassed, retaliated and bullied me regarding my disability and my work ethic by making inappropriate comments about my hearing disability and calling me "Deaf" and/or embarrassing me during staff meetings. They have continually miss-construed whatever is said to them to their advantage. I hope that through this incident doors are opened for training to be provided to Administrators and Employees about inappropriate behaviors and the procedures that an Employee should take to report inappropriate behaviors from Administrators. I feel this discipline was arbitrary and capricious.

Ruth Duarte,

*Ruth R. Duarte, MSW*

SBH001057


PLAINTIFF'S EXHIBIT PX-15