# EXHIBIT 7

copy

## JOB DESCRIPTION RECEIPT

I, __Ruth Duarte__, of the __DCCS FT__
  (PRINT NAME)                      (PLEASE PRINT UNIT)

Department/Unit acknowledge I have been given a copy of the Job Description

for __Social Worker__ which is the position for which I
   (PLEASE PRINT JOB TITLE)

have been hired. It is my responsibility to review this description thoroughly and to speak with my immediate Supervisor if there is anything in the description which I do not understand.

__Ruth L. Duarte__          __6/12/07__
SIGNATURE                    DATE

SBH000408


PLAINTIFF'S EXHIBIT
PX-23

C. Experience/Skills Required:
- MSW graduate from an accredited school of Social Work
- Ability to speak Spanish strongly preferred
- Ability to work with a multi-cultural and diverse age population
- Ability to integrate psychological theory research and practice
- Ability to work with a multidisciplinary approach
- Working knowledge of current word processing software required

**WORKING CONDITIONS**: Has own office (desk/chair/phone)

**JOB HAZARDS:** None

**APPROVED BY:** _Quiñones / - MALCSWR_   3/2/07
Department Head                              Date

**REVIEWED BY:** _[signature]_              3/5/07
Director of Human Resources                 Date

3

SBH000409