UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
RUTH DUARTE,

                Plaintiff,

-vs-                                                15 Civ. 6824 (PGG)

ST. BARNABAS HOSPITAL,

                Defendant.
-------------------------------------------------------X

## NOTICE OF MOTION FOR REASONABLE ATTORNEYS' FEES AND COSTS

PLEASE TAKE NOTICE that upon the Affirmations of Megan Goddard, Esq., Bruce Gitlin, Esq., Bennitta Joseph, Esq. and Stephen Bergstein, Esq., the exhibits annexed thereto, and all prior proceedings had herein, on a date to be determined by this Court, pursuant to FRCP 54 and the New York City Human Rights Law, Plaintiff shall move this Honorable Court, at 500 Pearl Street, New York, N.Y. 10007, for an order granting her motion for reasonable attorneys' fees and costs in the amount of $411,779.83.

Dated: May 4, 2018

Respectfully submitted,

[signature]

| STEPHEN BERGSTEIN | BRUCE GITLIN | GABRIELLE VINCI | MEGAN GODDARD |
|---|---|---|---|
| BERGSTEIN & ULLRICH, LLP 5 Paradies Lane New Paltz, N.Y. 12561 (845) 468-1277 | GITLIN, HORN & VAN de KIEFT, LLP 2095 Broadway, Suite 407 New York, N.Y. 10023 (212) 514-5347 | NESENOFF & MILTENBERG, LLP 363 Seventh Avenue, 5th Floor New York, N.Y. 10001 (212) 736-4500 | GODDARD LAW 39 Broadway, Suite 1540 New York, N.Y. 10006 (646) 504-8363 *Counsel for Plaintiff* |

BENNITTA JOSEPH

JOSEPH & NORINSBERG LLC
225 Broadway, Suite 2700
New York, NY 10007

(212) 227-5700