# EXHIBIT 1

# Invoice

**SOUTHERN DISTRICT REPORTERS PC**
Tax ID No. 13-2775946

500 Pearl St.
Room 330
New York, NY 10007
Tel No. (212) 805-0300

INVOICE NO.: 0493996-IN
INVOICE DATE: 01/30/18

CUSTOMER NO.: 1001612
WORK ORDER NO.: 187440
SALESPERSON: CSIW

Nesenoff & Miltenberg, LLP
363 Seventh Ave
5th Floor
New York, NY 10001
Attention: Megan Goddard

*PAYMENT IS DUE UPON RECEIPT*

| JOB DATE | | | | | |
|---|---|---|---|---|---|
| | DUARTE V ST. BARNABAS HOSPITAL | | | | |
| | CASE NO. | 15CV06824 | | | |
| 1/22/2018 | Original | | 140.00 Pages at | $3.93 | 550.20 |



PAID
CK. NO. _VISA_
DATE _1/31/18_

Net Invoice: 550.20
Less Discount: 0.00
Freight: 0.00
Sales Tax: 0.00
**Invoice Total:** 550.20

**WE ACCEPT VISA, MASTERCARD, AMERICAN EXPRESS AND DISCOVER
PLEASE MAKE CHECK PAYABLE TO SOUTHERN DISTRICT REPORTERS PC**

# Invoice

**SOUTHERN DISTRICT REPORTERS PC**
Tax ID No. 13-2775946

500 Pearl St.
Room 330
New York, NY 10007
Tel No. (212) 805-0300

INVOICE NO.: 0493994-IN
INVOICE DATE: 01/30/18

CUSTOMER NO.: 1001612
WORK ORDER NO.: 187441
SALESPERSON: CSIW

Nesenoff & Miltenberg, LLP
363 Seventh Ave
5th Floor
New York, NY 10001
Attention: Megan Goddard

*PAYMENT IS DUE UPON RECEIPT*

| JOB DATE | DUARTE V ST. BARNABAS HOSPITAL | | | |
|---|---|---|---|---|
| | CASE NO.    15CV06824 | | | |
| 1/23/2018 | Original | 228.00  Pages at | $4.59 | 1,046.52 |



PAID
CK. NO. _VISA_
DATE _1/31/18_

Net Invoice:     1,046.52
Less Discount:       0.00
Freight:             0.00
Sales Tax:           0.00
**Invoice Total:** 1,046.52

**WE ACCEPT VISA, MASTERCARD, AMERICAN EXPRESS AND DISCOVER
PLEASE MAKE CHECK PAYABLE TO SOUTHERN DISTRICT REPORTERS PC**

# Invoice

**SOUTHERN DISTRICT REPORTERS PC**
Tax ID No. 13-2775946

500 Pearl St.
Room 330
New York, NY 10007
Tel No. (212) 805-0300

INVOICE NO.: 0493992-IN
INVOICE DATE: 01/30/18

CUSTOMER NO.: 1001612
WORK ORDER NO.: 187442
SALESPERSON: CSIW

Nesenoff & Miltenberg, LLP
363 Seventh Ave
5th Floor
New York, NY 10001
Attention: Megan Goddard

*PAYMENT IS DUE UPON RECEIPT*

| JOB DATE | | | | | | |
|---|---|---|---|---|---|---|
| | DUARTE V ST. BARNABAS HOSPITAL | | | | | |
| | CASE NO.  15CV06824 | | | | | |
| 1/24/2018 | Original | | 38.00 | Pages at | $4.59 | 174.42 |



CK. NO. VISA
DATE 1/31/18

Net Invoice: 174.42
Less Discount: 0.00
Freight: 0.00
Sales Tax: 0.00
**Invoice Total:** 174.42

**WE ACCEPT VISA, MASTERCARD, AMERICAN EXPRESS AND DISCOVER
PLEASE MAKE CHECK PAYABLE TO SOUTHERN DISTRICT REPORTERS PC**

# Invoice

**SOUTHERN DISTRICT REPORTERS PC**
Tax ID No. 13-2775946

500 Pearl St.
Room 330
New York, NY 10007
Tel No. (212) 805-0300

INVOICE NO.: 0494017-IN
INVOICE DATE: 01/31/18

CUSTOMER NO.: 1001612
WORK ORDER NO.: 187442
SALESPERSON: CSIW

Nesenoff & Miltenberg, LLP
363 Seventh Ave
5th Floor
New York, NY 10001
Attention: Megan Goddard/Ingrad Fernandez

**\*PAYMENT IS DUE UPON RECEIPT\***

| JOB DATE | DUARTE V ST. BARNABAS HOSPITAL | | | |
|---|---|---|---|---|
| | CASE NO. **15CV06824** | | | |
| 1/24/2018 | Original | 195.00  Pages at | $4.59 | 895.05 |



CK. NO. _VISA_
DATE _1/31/18_

Net Invoice: 895.05
Less Discount: 0.00
Freight: 0.00
Sales Tax: 0.00
**Invoice Total:** 895.05

**WE ACCEPT VISA, MASTERCARD, AMERICAN EXPRESS AND DISCOVER
PLEASE MAKE CHECK PAYABLE TO SOUTHERN DISTRICT REPORTERS PC**

Less Deposit: 895.05
Invoice Balance: 0.00

# Invoice

**SOUTHERN DISTRICT REPORTERS PC**
Tax ID No. 13-2775946

500 Pearl St.
Room 330
New York, NY 10007
Tel No. (212) 805-0300

INVOICE NO.: 0494018-IN
INVOICE DATE: 01/31/18

CUSTOMER NO.: 1001612
WORK ORDER NO.: 187443
SALESPERSON: CSIW

Nesenoff & Miltenberg, LLP
363 Seventh Ave
5th Floor
New York, NY 10001
Attention: Megan Goddard/Ingrad Fernandez

*PAYMENT IS DUE UPON RECEIPT*

| JOB DATE | | | | | |
|---|---|---|---|---|---|
| | DUARTE V ST. BARNABAS HOSPITAL | | | | |
| | CASE NO. | 15CV06824 | | | |
| 1/25/2018 | Original | | 230.00 Pages at | $4.59 | 1,055.70 |



CK. NO. VISA
DATE 1/31/18

Net Invoice: 1,055.70
Less Discount: 0.00
Freight: 0.00
Sales Tax: 0.00
**Invoice Total:** 1,055.70

WE ACCEPT VISA, MASTERCARD, AMERICAN EXPRESS AND DISCOVER
PLEASE MAKE CHECK PAYABLE TO SOUTHERN DISTRICT REPORTERS PC

Less Deposit: 1,055.70
Invoice Balance: 0.00

# Invoice

**SOUTHERN DISTRICT REPORTERS PC**
Tax ID No. 13-2775946

500 Pearl St.
Room 330
New York, NY 10007
Tel No. (212) 805-0300

INVOICE NO.: 0494019-IN
INVOICE DATE: 01/31/18

CUSTOMER NO.: 1001612
WORK ORDER NO.: 187444
SALESPERSON: CSIW

Nesenoff & Miltenberg, LLP
363 Seventh Ave
5th Floor
New York, NY 10001
Attention: Megan Goddard/Ingrad Fernandez

*PAYMENT IS DUE UPON RECEIPT*

| JOB DATE | | | | | |
|---|---|---|---|---|---|
| | DUARTE V ST. BARNABAS HOSPITAL | | | | |
| | CASE NO. | 15CV06824 | | | |
| 1/26/2018 | Original | | 177.00 Pages at | $4.59 | 812.43 |



CK. NO. VISA
DATE 1/31/18

Net Invoice: 812.43
Less Discount: 0.00
Freight: 0.00
Sales Tax: 0.00
**Invoice Total:** 812.43

**WE ACCEPT VISA, MASTERCARD, AMERICAN EXPRESS AND DISCOVER
PLEASE MAKE CHECK PAYABLE TO SOUTHERN DISTRICT REPORTERS PC**

Less Deposit: 812.43
**Invoice Balance:** 0.00

# INVOICE

**US LEGAL SUPPORT**
The Power of Commitment.
p: 866.876.8757
f: 212-759-6155

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 299811 | 9/27/2016 | 181903 |
| **Job Date** | **Case No.** ||
| 9/12/2016 |  ||
| **Case Name** |||
| Duarte v. St. Barnabas Hospital |||
| **Payment Terms** |||
| Due upon receipt |||

Gabrielle M. Vinci, Esq.
Nesenoff & Mittenberg, LLP
363 Seventh Avenue
5th Floor
New York, NY 10001

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | |
|---|---|---|---|
| Milagros Arce-Tomale | 151.00 | Pages | 596.45 |
| Exhibit | 80.00 | Pages | 20.00 |
| Reporter Appearance - Per Session | 2.00 | Sessions | 60.00 |
| Minuscript/Condensed Transcript | | | 27.50 |
| Litigation Support Package/eCD | | | 39.00 |
| Shipping/Delivery | | | 20.00 |

TOTAL DUE >>> **$762.95**
AFTER 11/11/2016 PAY $877.39

Thank you for your business!

Invoices not paid by due date will be subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.

Tax ID: 76-0523238

Phone: 212-736-4500  Fax:

*Please detach bottom portion and return with payment.*

Gabrielle M. Vinci, Esq.
Nesenoff & Mittenberg, LLP
363 Seventh Avenue
5th Floor
New York, NY 10001

Job No.     : 181903         BU ID     : 20-NY
Case No.    :
Case Name   : Duarte v. St. Barnabas Hospital

Invoice No. : 299811         Invoice Date : 9/27/2016
Total Due   : $762.95
AFTER 11/11/2016 PAY $877.39

Remit To:  **U.S. Legal Support**
           P.O. Box 4772-13
           Houston, TX  77210-4772

**PAYMENT WITH CREDIT CARD**   AMEX  MASTERCARD  VISA

Cardholder's Name:
Card Number:
Exp. Date:                Phone#:
Billing Address:
Zip:            Card Security Code:
Amount to Charge:
Cardholder's Signature:

# INVOICE

**U.S. LEGAL SUPPORT**
The Power of Commitment.
p: 866.876.8757
f: 212-759-6155

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 299062 | 9/20/2016 | 180640 |
| **Job Date** | **Case No.** | |
| 9/6/2016 | | |

| Case Name |
|---|
| Duarte v. St. Barnabas |

| Payment Terms |
|---|
| Due upon receipt |

Gabrielle M. Vinci, Esq.
Nesenoff & Mittenberg, LLP
363 Seventh Avenue
5th Floor
New York, NY 10001

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | |
|---|---|---|---|
| Wayne Webb | 90.00 | Pages | 355.50 |
| Exhibit | 91.00 | Pages | 22.75 |
| Reporter Appearance - Per Session | | | 30.00 |
| Minuscript/Condensed Transcript | | | 27.50 |
| Litigation Support Package/eCD | | | 39.00 |
| Shipping/Delivery | | | 20.00 |
| Copy Discount | 90.00 | Pages | -45.00 |
| Wait Time | | | 65.00 |
| | **TOTAL DUE >>>** | | **$514.75** |
| | AFTER 11/4/2016 PAY | | $591.96 |

Thank you for your business!

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.

Tax ID: 76-0523238

Phone: 212-736-4500   Fax:

*Please detach bottom portion and return with payment.*

Gabrielle M. Vinci, Esq.
Nesenoff & Mittenberg, LLP
363 Seventh Avenue
5th Floor
New York, NY 10001

Job No.     : 180640     BU ID     : 20-NY
Case No.    :
Case Name   : Duarte v. St. Barnabas

Invoice No. : 299062     Invoice Date : 9/20/2016
Total Due   : $514.75
AFTER 11/4/2016 PAY $591.96

Remit To: **U.S. Legal Support**
P.O. Box 4772-13
Houston, TX 77210-4772

| **PAYMENT WITH CREDIT CARD** | AMEX / MasterCard / VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |

# INVOICE

**US Legal Support**
The Power of Commitment.
p: 866.876.8757
f: 212-759-6155

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 300032 | 9/28/2016 | 182131 |
| **Job Date** | **Case No.** | |
| 9/15/2016 | | |

**Case Name**

Duarte v. St. Barnabas Hospital

**Payment Terms**

Due upon receipt

Gabrielle M. Vinci, Esq.
Nesenoff & Mittenberg, LLP
363 Seventh Avenue
5th Floor
New York, NY 10001

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | |
|---|---|---|---|
| Edgardo Quinones | 141.00 Pages | | 556.95 |
| Exhibit | 22.00 Pages | | 5.50 |
| Reporter Appearance - Per Session | | | 30.00 |
| Minuscript/Condensed Transcript | | | 27.50 |
| Litigation Support Package/eCD | | | 39.00 |
| Shipping/Delivery | | | 20.00 |

TOTAL DUE >>>   $678.95
AFTER 11/12/2016 PAY   $780.79

Thank you for your business!

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.

Tax ID: 76-0523238

Phone: 212-736-4500   Fax:

*Please detach bottom portion and return with payment.*

Gabrielle M. Vinci, Esq.
Nesenoff & Mittenberg, LLP
363 Seventh Avenue
5th Floor
New York, NY 10001

Remit To:   **U.S. Legal Support**
**P.O. Box 4772-13**
**Houston, TX   77210-4772**

Job No.      : 182131          BU ID        : 20-NY
Case No.     :
Case Name    : Duarte v. St. Barnabas Hospital

Invoice No.  : 300032          Invoice Date : 9/28/2016
**Total Due**    : **$678.95**
AFTER 11/12/2016 PAY $780.79

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:                 Phone#:
Billing Address:
Zip:            Card Security Code:
Amount to Charge:
Cardholder's Signature: