

| | | |
|---|---|---|
| Ira S. Nesenoff | Barbara H. Trapasso | Philip A. Byler |
| Andrew T. Miltenberg | Ariya M. Waxman | *Senior Litigation Counsel* |
| | Tara J. Davis | Megan S. Goddard |
| Stuart Bernstein | Diana R. Warshow | *Counsel* |
| | Gabrielle M. Vinci | Rebecca C. Nunberg |
| | Jeffrey S. Berkowitz | *Counsel* |
| | Kara L. Gorycki | Marybeth Sydor |
| | Cindy A. Singh | *Title IX Consultant* |

September 24, 2018

**VIA ELECTRONIC FILING**
The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square, Courtroom 705
New York, New York 10007

Re:   **Ruth Rojas Duarte v. St. Barnabas Hospital, 15-cv-6824**

Dear Your Honor:

As you are aware, this office represents Plaintiff Ruth Rojas Duarte ("Plaintiff") in the above-captioned matter. I write to address the Court's damages remittitur.

Pursuant to Your Honor's September 17, 2018 Decision and Order (Dkt. No. 187), please be advised that Plaintiff **accepts** the amounts set out therein, to wit, $125,000.00 in compensatory damages and $125,000.00 in punitive damages for a total of $250,000.00 in damages.

Thank you.

Respectfully,

**NESENOFF & MILTENBERG LLP**

By: */s/ Gabrielle Vinci*
    **Gabrielle M. Vinci**

CC: All counsel *(Via ECF)*

NEW YORK   |   363 Seventh Avenue   |   Fifth Floor   |   New York, NY 10001   |   T: 212.736.4500   |   F: 212.736.2260
BOSTON     |   101 Federal Street   |   19th Floor   |   Boston, MA 02110    |   T: 617.209.2188   |